# Third District Court of Appeal

## State of Florida

Opinion filed November 22, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-1621
Lower Tribunal No. F20-14981

————————

**Larry Stanley,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Larry Stanley, in proper person.

Ashley Moody, Attorney General, for appellee.

Before SCALES, LINDSEY and MILLER, JJ.

PER CURIAM.

Affirmed.